# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| JAMES MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:25-cv-00003-PLC |
| ANDREW BAILEY, et al., | ) ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This closed case is before the Court on a self-represented Plaintiff James Moore's filing dated August 18, 2025, which the Court construes as a motion for additional time to file a motion under Federal Rule 60. In his filing, Plaintiff states that he files his motion under Federal Rule 60(b) and he "ask[s] that this Honorable Court to allow more time under Rule 60(b) and (c) for refiling so that justice may be served. To correct the discrepancies of the original filing." ECF No. 8. Plaintiff's request is unclear. Under Federal Rule 60(c), a motion under Rule 60(b) must be made "within a reasonable time." Fed. R. Civ. P. 60(c). To the extent Plaintiff seeks additional time to file a Rule 60(b) motion, his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's filing dated August 18, 2025, which the Court construes as a motion for additional time to file a motion under Federal Rule 60, is **DENIED**. [ECF No. 8].

Dated this 20th day of August, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE